

**RECEIVED**
OCT 2 5 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **KIMBERLY DICKERSON** | **CIVIL ACTION NO. 6:11-cv-1628** |
| **VS.** | **SECTION P** |
| | **JUDGE DOHERTY** |
| **ROB REARDON, ET AL.** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that plaintiff's civil rights complaints be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

The Clerk of Court is instructed to send a copy of this Order/Judgment to the keeper of the Three Strikes List in Tyler, Texas.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 25 day of October, 2012.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE